## IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAUL EVAN EATON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-21-0304-HE |
| | ) | |
| STEPHENS COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Paul Evan Eaton, a pretrial detainee, filed this § 1983 case alleging violations of his constitutional rights.  Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings.  Judge Mitchell has issued a Report and Recommendation recommending that the action be dismissed under Heck v. Humphrey, 512 U.S. 477 (1994).

The Report advised plaintiff of his right to object on or before July 6, 2021.  Plaintiff has not objected to the Report thereby waiving his right to appellate review of the factual and legal issues it addressed.  Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #7].  The complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 19th day of July, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE